## Fourth Department, November, 1944.
### (November 1, 1944.)

In the Matter of John Karp, Appellant, against Joseph L. Guzzetta et al., as Municipal Civil Service Commissioners of the City of Rochester, et al., Respondents.—Final order affirmed, without costs of this appeal to any party. All concur. (The final order denies petitioner's application for an order requiring the Municipal Civil Service Commission to prescribe rules for classification of positions in the Civil Service, and directs the City Manager to give due consideration to the status of petitioner and the quality of his work in setting salary rates within the grades established.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See *post*, p. 958.]

In the Matter of Louis Martini, Appellant, against Joseph L. Guzzetta et al., as Municipal Civil Service Commissioners of the City of Rochester, et al., Respondents.— Same decision and like cause of action as in companion proceeding in *Matter of Karp* v. *Guzzetta*, (*ante*, p. 949, decided herewith). Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See *post*, p. 958.]

In the Matter of Max Shapiro, Appellant, against Joseph L. Guzzetta et al., as Municipal Civil Service Commissioners of the City of Rochester, et al., Respondents.— Final order affirmed, without costs of this appeal to any party. All concur. (The order denies the petition and dismisses the proceeding by a health inspector in the Health Bureau of the Department of Public Safety to compel defendants to readjust his status in the Competitive Civil Service.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See *post*, p. 958.]

Oliell B. Nichols, Individually and as Administrator of the Estate of Elva Nichols, Deceased, Respondent, v. Jamestown Mutual Insurance Company, Appellant.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: This record discloses no liability to the plaintiff in his individual capacity and the finding of apparent authority in the claim adjuster is, in our judgment, against the weight of evidence. All concur. (The judgment is for plaintiff in an action for breach of contract.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ.

Victoria Kida, Individually and as Executrix of Harry Kulakowski, Deceased, Appellant, v. Prudential Insurance Company of America, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action to cancel a release.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

In the Matter of Summary Proceedings by Oliver Hungerford, et al., Landlords, Respondents, against Frank Smith, Tenant, Appellant.— Order affirmed, with costs. All concur. (The order directs defendant's removal from certain premises.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ.